ADAM HENDERSON, as Administrator, etc., Appellant, *v.* THE KNICKERBOCKER ICE COMPANY, Respondent.

(Argued December 18, 1889; decided January 14, 1890.)

APPEAL from judgment of the General Term of the Supreme Court in the first judicial department, entered upon an order made the first Monday of March, 1889, which affirmed a judgment in favor of defendant entered upon an order dismissing the complaint on trial at circuit.

*William A. Coursen* for appellant.

*Michael M. Forrest* for respondent.

Agree to affirm; no opinion.
All concur.
Judgment affirmed.